# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CODY SHOLMIRE

VERSUS

LOUISIANA INSURANCE GUARANTY
ASSOCIATION

NO.   2025 CW 1217

**DECEMBER 11, 2025**

---

In Re:   Louisiana Insurance Guaranty Association, applying for
supervisory writs, 21st Judicial District Court, Parish
of Livingston, No. 178787.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DISMISSED.**  This writ application is dismissed pursuant
to relator's motion to dismiss advising that the matters relevant
to this writ application have been resolved.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT